UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT T. KEIGWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUAN K. DO, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1051 DB<br><br><br>ORDER |

　　　A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

　　　Accordingly, IT IS HEREBY ORDEED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

Dated: November 14, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9

1

DLB1/prisoner-civil rights/keig1051.33a